UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MARIA E. JUAN,

    Plaintiff,

v.

AMERIFINANCIAL SOLUTIONS, LLC,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. Regarding the TCPA claim, this Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Regarding the FDCPA claim, this Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and because Defendant sent letters and placed telephone calls into this District.

**PARTIES**

1

3. Plaintiff, MARIA E. JUAN, is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, AMERIFINANCIAL SOLUTIONS, LLC, is a limited liability company formed under the laws of the State of North Carolina with its principal place of business at 300 Redland Court, Owings Mills, Maryland 21117.

5. Defendant is a citizen of the State of Maryland and the State of North Carolina.

6. Defendant is registered with the Florida Department of State, Division of Corporations as a foreign limited liability company. Its registered agent for service of process is CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

7. Defendant is registered with the Florida Office of Financial Regulation as a consumer collection agency.

8. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

9. Defendant regularly collects or attempts to collect debts for other parties.

10. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

11. Defendant attempted to collect a debt from Plaintiff which Plaintiff incurred for medical care for medical care. ("the alleged debt").

12. The alleged debt was in default at the time the creditor assigned it to Defendant for the purpose of collection.

2

13. On or about January 6, 2017, Defendant sent a letter to Plaintiff, a copy of which is attached as Exhibit "A".

14. The letter states in relevant part: "AmeriFinancial Solutions, LLC will use all collection efforts allowable by law to collect this debt."

15. The representations of debt collectors are governed by the "least sophisticated consumer" standard. See *Jeter v. Credit Bureau, Inc.*, 760 F.2d 1168, 1175 (11th Cir. 1985) (holding that, "because we believe that the FDCPA's purpose of protecting consumers is best served by a definition of deceive that looks to the tendency of language to mislead the least sophisticated recipients of a debt collector's letters and telephone calls, we adopt the [] standard of least sophisticated consumer…" (internal quotations and citations omitted).

16. Under the least sophisticated consumer standard "all collection efforts allowable by law to collect this debt" implies that Defendant may file suit to collect the debt.

17. Defendant does not file suits to collect debts.

18. Defendant is not authorized by the creditor whom it represents to file suit against Plaintiff to collect the alleged debt.

19. At the time Defendant sent the collection letter, it had no intent to file suit against Plaintiff to collect the alleged debt.

20. Defendant's representation that "AmeriFinancial Solutions, LLC will use all collection efforts allowable by law to collect this debt" is deceptive, false, and misleading.

21.     Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

**April 13, 2014 – pre-recorded message**
Hello, this is AFS.  This message is intended solely for Maria Juan.  If this is a wrong number, please call 1-800-753-7106 and ask a representative to remove your number.  If this is a valid number but you are not Maria Juan, please do not listen to this message.  There will be a five (5) second pause for you to hang up.  By continuing to listen to this message, you acknowledge that you are Maria Juan.  You should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a three (3) second pause in this message so that you can listen to this message in private.  Maria Juan, this is AmeriFinancial Solutions, a Debt Collection Agency, attempting to collect a debt.  Any information obtained will be used for that purpose.  Please return this call Monday through Friday, 8:30AM to 4:30PM Eastern Time.  Our toll free number is 1-800-753-7106.  Again, our number is 1-800-753-7106.  Please reference the following number when calling 21040109.

**April 19, 2014 – pre-recorded message**
Hello, this is AFS.  This message is intended solely for Maria Juan.  If this is a wrong number, please call 1-800-753-7106 and ask a representative to remove your number.  If this is a valid number but you are not Maria Juan, please do not listen to this message.  There will be a five (5) second pause for you to hang up.  By continuing to listen to this message, you acknowledge that you are Maria Juan.  You should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a three (3) second pause in this message so that you can listen to this message in private.  Maria Juan, this is AmeriFinancial Solutions, a Debt Collection Agency, attempting to collect a debt.  Any information obtained will be used for that purpose.  Please return this call Monday through Friday, 8:30AM to 4:30PM Eastern Time.  Our toll free number is 1-800-753-7106.  Again, our number is 1-800-753-7106.  Please reference the following number when calling 21040109.

**April 19, 2014 – pre-recorded message**
Hello, this is AFS.  This message is intended solely for Maria Juan.  If this is a wrong number, please call 1-800-753-7106 and ask a representative to remove your number.  If this is a valid number but you are not Maria Juan, please do not listen to this message.  There will be a five (5) second pause for you to hang up.  By continuing to listen to this message, you acknowledge that you are Maria Juan.  You should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a three (3) second pause in this message so that you can listen to this message in private.  Maria Juan, this is AmeriFinancial Solutions, a Debt Collection Agency, attempting to collect a debt.  Any information obtained will be used for that purpose.  Please return this call Monday through Friday, 8:30AM to 4:30PM Eastern

Time.  Our toll free number is 1-800-753-7106.  Again, our number is 1-800-753-7106. Please reference the following number when calling 21040109.

22. In addition to the foregoing, Defendant, or another party acting on its behalf, placed other telephone calls using an automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's cellular telephone.

23. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## FALSE THREAT TO TAKE ACTION THAT CANNOT LEGALLY BE TAKEN OR IS NOT INTENDED TO BE TAKEN

24. Plaintiff incorporates Paragraphs 1 through 23.

25. Defendant's letter threatens to take action that cannot legally be taken, because the creditor did not authorize it, or is otherwise not intended to be taken with respect to the exercise of all legal means to collect the alleged debt in violation of 15 U.S.C. §1692e(5).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## DECEPTIVE, FALSE OR MISLEADING REPRESENTATION

26. Plaintiff incorporates Paragraphs 1 through 23.

27. Defendant's threat to exercise all legal means to collect the alleged debt is deceptive, false or misleading in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

28. Plaintiff incorporates Paragraphs 1 through 23.

29. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>don@donyarbrough.com


By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658